UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALAN SURLOFF, on his own behalf and others similarly situated,

          Plaintiff,

-vs-                                  Case No. 2:10-cv-305-FtM-29SPC

PARAMOUNT DRYWALL, INC., a Florida Corporation; PARAMOUNT STUCCO, LLC, a Florida limited liability company,

          Defendants.
_____

## **ORDER**

This matter comes before the Court *sua sponte*. On June 24, 2010, the Court entered an Order (Doc. #11) denying without prejudice the Plaintiff's Motion for Entry of Clerk's Default (Doc. #10). However, the entry of clerk's default was inadvertently entered. As the Court did not find clerk's default was appropriate, the default will be vacated.

Accordingly, it is now

**ORDERED:**

The Entry of Clerk's Default (Doc. #12) is hereby **VACATED.**

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record